(No. 6892

MEDART DIVISION OF JACKES-EVANS MFG. CO., Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 7, 1973.*

MEDART DIVISION OF JACKES-EVANS MFG. CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.